ACCEPTED
04-15-00204-CR
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/28/2015 10:47:41 AM
KEITH HOTTLE
CLERK

No.04-15-00204-CR

| | | | |
|---|---|---|---|
| ROBERT RODRIGUEZ, Appellant | )( | IN THE | |
| | )( | | FILED IN |
| VS. | }{ | FOURTH COURT | 4th COURT OF APPEALS SAN ANTONIO, TEXAS 10/28/15 10:47:41 AM |
| | )( | | KEITH E. HOTTLE |
| STATE OF TEXAS, Appellee | )( | OF APPEALS | Clerk |

**MOTION TO EXTEND TIME TO FILE APPELLEE'S BRIEF**

Now comes the State of Texas, Appellee, in the above styled and numbered cause, and moves this Court grant an extension of time to file Appellee's Brief, pursuant to Rule 38.6 of the Texas Rules of Appellant Procedure, and for good cause shows the following:

1.  This case is on appeal from the Second 274th Judicial District Court. The case is styled *State of Texas v. Robert Rodriguez* and the cause number was 13-0979-CR-A.

2.  Notice of Appeal was given on 03/16/15.

3.  The clerk's record was filed on 4/21/15 and the reporter's record was filed on 6/22/15.

4.  This is Appellee's first request for an extension and no previous extensions have been granted.

5.  Appellant's brief was filed September 28, 2015.

6.  Appellee's Brief is due October 28, 2015.

7.  Appellee's request a 35 day extension (until December 3rd, 2015). The State of Texas asks for 35 days over the traditional 30 days because the 30th day (November 28th) falls on the Saturday immediately following Thanksgiving

and counsel for the State will be in Dallas from November 26th through November 29th.

8. Appellee relies on the following facts as good cause for the requested extension:

    a. Attorney for appellee is the regular appellant attorney for the Guadalupe County Attorney's Office, but also does some appellate work for the Guadalupe County District Attorney's Office as it specifically request by that office. The request was made to this attorney on September 29th, 2015.

    b. As of October 2nd, neither the District Attorney's Office nor the Guadalupe County District Clerk had a copy of the reporter's record. Consequently, attorney for appellant had to make a request for the record which was received by appellee on Friday October 2nd.

    c. Attorney for appellee is also working on the State's brief in *Elias Ramon-Sanchez v. State of Texas* 14-15-00163-CR.

    d. In addition, to his appellant duties, attorney for state is also the juvenile prosecutor for the Guadalupe County Attorney's Office, which requires regular court appearances, including detention hearings three times a week, weekly adjudication/disposition dockets, and bi-weekly drug court dockets. In addition, this attorney is preparing for a certification and transfer hearing in a capital murder case (*In the Matter of L.M.*, J-

15-11). That hearing is set for November 20th

e. Attorney for appellee also handles the justice of the peace dockets for Justices of the Peace No. 1, 2, and 3, with regular court appears for each.

f. **WHEREFORE, PREMISES CONSIDERED,** Appellee prays that this Court this Motion To Extend Time to File Appellee's Brief, and for such other and further relief as the Court may deem appropriate.


Respectfully Submitted,


Christopher M. Eaton
Assistant County Attorney
Guadalupe County, Texas
211 W. Court St.
Seguin, Texas 78155
SBN:24048234
PHONE:830-303-6130
FAX: 830-379-9491

**CERTIFICATE OF SERVICE**

I certify that on the 28th day of October, 2015, I delivered a true and correct copy of the foregoing motion was served on opposing counsel Susan Schoon, via email at sschoon@zslawoffice.com.

_____

Christopher M. Eaton
Assistant County Attorney
Guadalupe County, Texas
211 W. Court St.
Seguin, Texas 78155
SBN:24048234
PHONE:830-303-6130
FAX: 830-379-9491